**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00150-GPG

LEILA McCOY,

    Plaintiff,

v.

COLORADO DEPT OF HUMAN SERVICES, and
EL PASO COUNTY DEPARTMENT OF HUMAN SERVICES,
REGGIE BICHA, Individually and Professional Capacities, and
RICHARD BENGTSSON, individually and Professional Capacities,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On February 9, 2016, Plaintiff filed a Motion to Amend and Add Respondent, ECF No. 12.   The Motion is denied as unnecessary as explained in the March 31, 2016, Order to Amend.

Dated:   April 1, 2016